UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LANG PRIESTER,        )
                      )
        Plaintiff,    )
                      )
v.                    )    **JUDGMENT**
                      )
                      )    No. 5:10-CV-234-H
                      )
CITIMORTGAGE, INC.,   )
                      )
        Defendant.    )

**Decision by Court.**

This action came before the Honorable Senior Judge Malcolm J. Howard, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 11, 2011, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. This action is dismissed without prejudice for plaintiff's failure to effect service within the time prescribed by Rule 4(m). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 11, 2011, and Copies To:**
Lang Priester (via U.S. Mail) 5848 Charing Place, Charlotte, NC 28211
Joseph Samuel Dowdy (via CM/ECF Notice of Electronic Filing)


January 11, 2011            DENNIS P. IAVARONE, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk